No. 83–498. BROWN, DIRECTOR, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF GAMING ENFORCEMENT, STATE OF

NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL.; and

No. 83–573. DANZIGER, ACTING CHAIRMAN, CASINO CONTROL COMMISSION OF NEW JERSEY, ET AL. *v.* HOTEL & RESTAURANT EMPLOYEES & BARTENDERS INTERNATIONAL UNION LOCAL 54 ET AL. C. A. 3d Cir. [Probable jurisdiction noted, 464 U. S. 990.] Motion of International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America for leave to file a brief as *amicus curiae* granted.